### SEVERN RIVER GLASS SAND CO. v. DONALDSON et al.

(District Court, E. D. Pennsylvania. June 12, 1905.)

#### No. 6.

In Admiralty.

Daniel V. Summerill, Jr., for libelant.

Howard M. Long, for respondent.

HOLLAND, District Judge. The libel in this case to recover the value of 104.31 tons of sand at the rate of $1.35 per ton is dismissed, for the reasons stated in the opinion just filed in this court in the case of Donaldson et al. v. Severn River Glass Sand Co. (No. 3 of 1904) 138 Fed. 691.